# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2019

## NO. 03-19-00005-CV

**Jerry Lavone Lively Jr., Appellant**

**v.**

**Michelle Anne Lively, Appellee**

### APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order granting the motion for withdrawal of counsel signed by the trial court on November 28, 2018. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2019

## NO. 03-19-00006-CV

**Jerry Lavone Lively Jr., Appellant**

**v.**

**Michelle Anne Lively, Appellee**

### APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order granting the motion to compel discovery signed by the trial court on November 28, 2018. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.